IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

4:13-cv-01268-RBH

| | |
|---|---|
| Jason Trent Briggs ) | |
| ) | |
| ) | MOTION TO WITHDRAW |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FedEx Ground Package Systems, Inc, ) | |
| E U Trucking Corporation, and ) | |
| Gregory Dale Myers    . ) | |
| Defendants ) | |
| ) | |

South Carolina Farm Bureau Mutual Insurance Company through its attorney Louis D. Nettles and moves to withdraw on the grounds that the Plaintiff has withdrawn his underinsured motorists insurance claim in writing and each party has consented to the withdrawal.

        s/ *Louis D. Nettles*
        LOUIS D. NETTLES
        FOLKENS LAW FIRM, P.A.
        601 W. Evans Street
        Post Office Box 6139
        Florence, South Carolina 29503
        Phone: 665-0100
        Bar No. 02521
        Attorney for South Carolina Farm Bureau Mutual Insurance Co.