# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

## C/A # 4:13-cv-01268-RBH

| | |
|---|---|
| Jason Trent Briggs,<br><br>　　　　　　　Plaintiff,<br><br>　Vs.<br><br>FedEx Ground Package System, Inc., E U Trucking Corporation, and Gregory Dale Myers,<br><br>　　　　　　　Defendants. | **CONSENT ORDER TO EXTEND PLAINTIFF'S IDENTIFICATION OF EXPERTS** |

The Plaintiff, with consent of the Defendant, moves to amend the deadline in the Scheduling Order of Plaintiff to identify its expert witnesses. Counsel has depositions scheduled for June 27, 2014 after which time Plaintiff's counsel will be able to determine what experts are needed. Plaintiff requests an additional thirty (30) days to identify its expert witnesses.

The parties consent to a thirty (30) day extension for the Plaintiff to identify its expert witnesses. Plaintiff must identify its expert witnesses by **July 21, 2014**.

　　　　　　　　　　　　　　　　　　　s/R. Bryan Harwell
　　　　　　　　　　　　　　　　　　**HONORABLE R. BRYAN HARWELL**

Florence, SC

June 18, 2014

1

**I SO MOVE:**

s/William P. Hatfield
William P. Hatfield
USDC I.D. #1777
Attorney for Plaintiff
HATFIELD TEMPLE, LLP
170 Courthouse Square
Post Office Box 1770
Florence, SC 29503-1770
(843) 662-5000
wphatfield@htlawsc.com

**I CONSENT:**

s/J. Boone Aiken, III
J. Boone Aiken, III
Post Office Drawer 1931
Florence, SC  29503-1931
(843) 669-8787
Attorney for Defendants